# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ELMORE COOK, JR., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:23-cv-01004-MHH-SGC |
| SHAUNDRA WILLIAMS, *et al.*, | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The magistrate judge entered a report on September 8, 2023 in which she recommended dismissal of this action without prejudice under 28 U.S.C. § 1915(e)(2)(B)(i) and/or § 1915(e)(2)(B)(ii). (Doc. 8). The magistrate judge advised Mr. Cook of his right to file written objections within 14 days; to date, the Court has not received objections.

After consideration of the electronic record in this case and the report and recommendation, the Court adopts the report and accepts the magistrate judge's recommendation. Consistent with that recommendation and § 1915(e)(2)(B), by separate order, the Court will dismiss this action without prejudice for failure to state a claim upon which relief can be granted.

**DONE** and **ORDERED** this October 5, 2023.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE